UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANDREAS VON DER AU,

                      Plaintiff,

    -against-

DO YOU REMEMBER?, INC.,

                      Defendant.

------------------------------------- x

ORDER

20 Civ. 4221 (GBD)

*USDC SDNY — DOCUMENT — ELECTRONICALLY FILED — DOC #: _____ — DATE FILED: JAN 05, 2021*

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January 5, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge